# United States District Court — Violation Notice

21FF0903205

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NF3 | E 1478104 | Lloyd, Byron T | L2734 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 11/05/2021 1520 | 18 USC 7 / 13 FS 316.193 |

**Place of Offense:** Gate 29th Street, Valparaiso, FL

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

Driving Under Influence Alcohol/Controlled Substance

## DEFENDANT INFORMATION

Phone: (850) 485-7661

Last Name: Conley    First Name: Steven    M.I.: B

Tag No.: 168RBG   State: FL   Year: 2009   Make: Dodge Ram   Color: Tan

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
Court Address: TBA    Date: ____    Time: ____

X Defendant Signature: [signed]

Original - CVB Copy

*E1478104*

CVB SCAN 12/13/2021 15:3

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 5 November, 2021 while exercising my duties as a law enforcement officer in the Northern District of FL.

On 5 Nov 21 at approximately 1520 hrs, A1C Pluta badge # P2612, while at the East Gate to Eglin AFB observed Steven B. Conley, identified by FL OL # C540-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, drive his 2009 Dodge Ram 1500 FL registration # 168RBG to the gate. A1C Pluta observed Conley had blood shot eyes/glassy eyes, slurred speech and when asked to produce his military ID presented his FL DL. Further investigation, conducted by SSgt Kosut badge # K1005, revealed Conley's inability to correctly perform a finger dexterity test. Conley attempted and failed to complete both the Walk and Turn and One Leg Stand due to an inability to maintain balance and safety concerns. SSgt Kosut observed lack of smooth pursuit, distinct nystagmus at max deviation and nystagmus onset prior to 45 degrees during the Horizontal Gaze Nystagmus test.

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/05/2021   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident